# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN COTTON

NO. 2026 KW 0483

JUNE 12, 2026

In Re:    Steven Cotton, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 17-
          CR7-133821.

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

   WRIT DENIED.

                              MRT
                              KEB
                              BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] Haggerty, J., serving *pro tempore*, by special appointment of the Louisiana Supreme Court.